JASON G. REVZIN
Nevada Bar No. 8629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd, Suite 600
Las Vegas, NV 89118
Telephone: (702) 693-4344
Fax: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
*Counsel or Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION**

| | |
|---|---|
| KEITH H. ASBELL,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:17-cv-03122-JCM-PAL<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

COME NOW Plaintiff Keith H. Asbell ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On December 27, 2017, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is January 23, 2018. Trans Union's counsel needs additional time to review Trans Union's documents and respond to the allegations in the Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to file responsive pleadings to Plaintiff's Complaint until February 15, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. The time within which Trans Union must respond to the Complaint has not yet expired.

WHEREFORE, Defendant Trans Union respectfully requests this Court to enter an Order granting this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or

4840-0837-0266.1

1

Otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its

responsive pleading to Plaintiff's Complaint, up to and including February 15, 2018.

DATED: January 18, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

**/s/ Jason G. Revzin**

JASON G. REVZIN
Nevada Bar No. 8629
6385 South Rainbow Blvd, Suite 600
Las Vegas, NV  89118
Telephone: (702) 693-4344
Fax: (702) 893-3789
Email:  jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**KAZEROUNI LAW GROUP, APC**

**/s/ Michael Kind**

Michael Kind
Nevada Bar No. 13903
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Telephone: (800) 400-6808 x7
Fax: (800) 520-5523
Email: mkind@kazlg.com
*Counsel for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this ___2nd___ day of ____February____, 2018.

U.S. MAGISTRATE JUDGE

4840-0837-0266.1                                                 2