Michael Kind, Esq.
Nevada Bar No.: 13903
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Keith H. Asbell*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Keith H. Asbell, | Case No.: 2:17-cv-03122-JCM-PAL |
| Plaintiff, | **Stipulation for an extension of time for Plaintiff to Respond to Trans Union LLC's Motion to Dismiss [ECF No. 16]** |
| v. | |
| Experian Information Solutions, Inc. and Trans Union LLC, | |
| Defendants. | **(First Request)** |

Plaintiff Keith H. Asbell ("Plaintiff") and Trans Union LLC ("Defendant"), by and through their respective counsel, hereby submit this stipulation for an extension of time—until **April 12, 2018**—for Plaintiff to respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, filed on March 15, 2018, ECF No. 16. Plaintiff's Response is currently due on March 29, 2018.

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

Plaintiff filed his Complaint on December 27, 2017. ECF No. 1. Defendant filed its motion to dismiss on February 15, 2018. ECF No. 11. On March 1, 2018, Plaintiff filed his First Amended Complaint. ECF No. 15. On March 15, 2018, Defendant filed its pending Motion to Dismiss Plaintiff's Amended Complaint. ECF No. 16. Plaintiff's Response is due on March 29, 2018. *Id.* The Parties are actively discussing resolution of the case and, in good faith and not for the purposes of delay, Plaintiff has requested and Defendant has agreed to allow Plaintiff an additional 14 days to respond to the Motion. The Parties in good faith stipulate to allow additional time for Plaintiff to respond to the Motion. This is the first request for an extension of this deadline.

The Parties therefore stipulate that Plaintiff's response to Defendant's motion to dismiss, ECF. No. 16, shall be due on or before **April 12, 2018**.

DATED this 29th day of March 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Jason Revzin
Jason Revzin, Esq,
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant Trans Union LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 29, 2018
_____

1

**CERTIFICATE OF SERVICE**

2    I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil

3 Procedure that on March 29, 2018, the foregoing Stipulation was served via CM/

4 ECF to all parties appearing in this case.

5

6                                    **KAZEROUNI LAW GROUP, APC**

7
                                     By:  /s/ Michael Kind_____
8                                    Michael Kind
                                     6069 South Fort Apache Road, Suite 100
9                                    Las Vegas, Nevada 89148

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28