Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP**, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER**, LLC
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Keith H. Asbell*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Keith H. Asbell,<br><br>　　　　　Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc. and Trans Union LLC,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-03122-JCM-PAL<br><br>**Joint Status Report Regarding Settlement between Plaintiff and Trans Union, LLC** |

# JOINT STATUS REPORT

The dispute between Plaintiff Keith H. Asbell and Defendant Trans Union, LLC ("Defendant" and jointly as the "Parties") has been resolved.

The Parties have agreed as to the settlement terms and have exchanged a final settlement agreement. The Parties are waiting for an executed copy of the settlement agreement to be exchanged. The Parties anticipate filing dismissal documents as to Defendant within 30 days—on or before **July 24, 2018**.

DATED this 25th day of June 2018.

Respectfully Submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**Lewis Brisbois Bisgaard & Smith LLP**

By: /s/ Jason Revzin
Jason Revzin, Esq.
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
*Attorneys for Defendant Trans Union, LLC*

**IT IS ORDERED** that the settling parties shall have until **July 24, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: June 25, 2018

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on June 25, 2018, the foregoing Joint Status Report Regarding Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 South Fort Apache Road, Suite 100
    Las Vegas, Nevada 89148