Michael Kind, Esq.
Nevada Bar No.: 13903
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Keith H. Asbell*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Keith H. Asbell,<br><br>　　　　　Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc. and Trans Union LLC,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-03122-JCM-PAL<br><br>**Notice of Settlement between Plaintiff and Experian Information Solutions, Inc.** |

　　　The dispute between Plaintiff Keith H. Asbell ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") has been resolved. Plaintiff

anticipates filing dismissal documents as to Plaintiff's claims against Defendant, with prejudice, within 60 days—on or before **August 20, 2018**.

DATED this 21st day of June 2018.

        Respectfully submitted,

        **KAZEROUNI LAW GROUP, APC**

        By: /s/ Michael Kind
            Michael Kind, Esq.
            6069 S Fort Apache Road, Suite 100
            Las Vegas, Nevada 89148
            *Attorneys for Plaintiff*

**IT IS ORDERED:** The parties shall have until August 20, 2018, to file a stipulation for dismissal or a joint status report indicating when a stipulation shall be filed.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE
Dated this 10th day of July, 2018.