Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP**, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER**, LLC
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Keith H. Asbell*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Keith H. Asbell,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc. and Trans Union LLC,<br><br>　　　　Defendants. | Case No. 2:17-cv-03122-JCM-PAL<br><br>**STIPULATION OF DISMISSAL OF TRANS UNION LLC** |

///

///

///

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Keith H. Asbell ("Plaintiff") and Defendant Trans Union LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 24th day of July 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**LEWIS BRISKOIS**

By: /s/ Jason Revzin
Jason Revzin, Esq.
6385 S. Rainbow Blvd.
Las Vegas, NV 89118
*Attorneys for Defendant*
*Trans Union LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 26, 2018

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 24, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148